# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

FILED
2013 AUG 29 PM 4: 17
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

Bankruptcy Case No.: 12-11978-hcm
Chapter No.: 11
Judge: H. Christopher Mott

IN RE: **SCC Kyle Partners, Ltd.**, Debtor(s)

A13CV0756 LY

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

The undersigned hereby transmits (pursuant to FRBP 8007(b)) two copies of the following records for entry on the docket of the U.S. District Court. The following record on appeal being that of Whitney Bank of the Order Confirming Chapter 11 Plan entered on 7/1/2013:

|   |   |   |
|---|---|---|
|   | ☑ | Notice of Appeal, Order/Judgment, Certified Copy of Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
|   | ☑ | Items designated by Appellant |
|   | ☑ | Items designated by Appellee |
|   | ☐ | No designation of Record on Appeal Filed |
|   | ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
|   | ☑ | Additional Items: Statement of Issues on Appeal and Claims Register |

**REMARKS**: Transcripts of confirmation hearing restricted from public viewing until 11/19/2013

Dated: 8/29/13

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Estella Benitez Hernandez, Deputy Clerk

[LtrTrnDc(BK)] [LtrTrnDcBKintp]