FILED
2013 SEP -3 PM 1:53

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CAUSE NO. A-13-CV-756-LY |
| SCC KYLE PARTNERS, LTD., § | CASE NO. 12-11978 |
| DEBTOR. § | CHAPTER 11 |
| § | |
| WHITNEY BANK, SUCCESSOR BY § | |
| MERGER TO WHITNEY NATIONAL § | |
| BANK, INDIVIDUALLY AND AS § | |
| AGENT FOR CERTAIN PRE-PETITION § | |
| LENDERS, § | |
| APPELLANT, § | |
| § | |
| V. § | |
| § | |
| SCC KYLE PARTNERS, LTD., AND § | |
| VALERIE WENGER, TRUSTEE, § | |
| APPELLEES. § | |

## ORDER SETTING BRIEFING SCHEDULE AND ORAL ARGUMENT

Before the court is the above-styled and numbered bankruptcy appeal. The record in this cause reflects that on July 15, 2013, Appellant Whitney Bank filed in the United States Bankruptcy Court for the Western District of Texas a Notice of Appeal from the bankruptcy court's Order Confirming Debtor's Second Amended Plan of Reorganization Under Chapter 11, Title 11, United States Code, which was signed and entered on July 1, 2013. Having considered Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and the record on appeal in this cause, the court renders the following order:

**IT IS ORDERED** that Appellant Whitney Bank shall serve and file Appellant's Brief **on or before September 20, 2013.**

**IT IS FURTHER ORDERED** that Appellee shall serve and file a response to Appellant's Brief **on or before October 4, 2013.**

**IT IS FURTHER ORDERED** that Appellant shall serve and file a reply to Appellee's Response **on or before October 18, 2013.**

**IT IS FURTHER ORDERED** that oral argument in this cause of action is scheduled for **November 1, 2013, at 4:00 p.m.** in Courtroom No. 7, Seventh Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas.

**IT IS FURTHER ORDERED** that each side is allotted **20 minutes** total for argument in this cause.

**SIGNED** this 3rd day of September, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE