IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SCC KYLE PARTNERS, LTD., | § | CASE NO. 12-11978-hcm |
| | § | Chapter 11 |
| Debtor | § | |
| | § | |
| WHITNEY BANK, SUCCESSOR BY | § | CAUSE NO. A-13-CV-756-LY |
| MERGER TO WHITNEY NATIONAL | § | |
| BANK, INDIVIDUALLY AND AS | § | |
| AGENT FOR CERTAIN PRE-PETITION | § | |
| LENDERS, | § | |
|     Appellant, | § | |
| v. | § | |
| | § | |
| SCC KYLE PARTNERS, LTD., and | § | |
| VALERIE WENGER, TRUSTEE, | § | |
|     Appellees | § | |

## **ORDER DROPPING PARTY**

Came on for consideration the United States Trustee's Motion to Drop Party. Having reviewed the Motion and record, the Court finds that Valerie Wenger was erroneously designated as the Trustee and as an Appellee in this case. It is therefore

ORDERED that Valerie Wenger is dropped as an Appellee in this case.

Signed this _____ day of September, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE