IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 SEP 23  AM 10: 35

| | | |
|---|---|---|
| IN RE: | § § § | |
| SCC KYLE PARTNERS, LTD., | § § | |
| DEBTOR, | § § | CAUSE NO. A-13-CV-756-LY |
| | § | CASE NO. 12-11978 |
| WHITNEY BANK, SUCCESSOR BY MERGER TO WHITNEY NATIONAL BANK, INDIVIDUALLY AND AS AGENT FOR CERTAIN PRE-PETITION LENDERS, | § § § § § § | CHAPTER 11 |
| APPELLANT, | § § | |
| V. | § § | |
| SCC KYLE PARTNERS, LTD., | § § | |
| APPELLEES. | § § § | |

## ORDER

Before the court in the above styled and numbered cause is Defendants' Motion to Drop Party filed September 5, 2013 (Clerk's Doc. No. 6). Plaintiff's response was due September 19, 2013. *See* W.D. Tex. Local R. CV-7(e). To date, Plaintiff has not filed a response to the motion. Thus, pursuant to Local Rule CV-7(e), the court may grant the motion as unopposed if review of the case file reveals that the motion has merit. *See* W.D. Tex. Local R. CV-7(d); *see also General Star Indem. Co. v. Vest Fire Ins. Corp.*, 173 F.3d 946, 950 (5th Cir. 1999); *Walker v. South Cent. Bell Tel. Co.*, 904 F.2d 275, 277 (5th Cir. 1990); *Cf. John v. Louisiana Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707-10 (5th Cir. 1985). Having reviewed the motion and the pleadings in this cause,

**IT IS ORDERED** that all claims alleged by Plaintiff SCC Kyle Partners, Ltd., against

Defendant Valerie Wenger are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the style in the cause remaining before this court be modified as noted in the style used in this Order. The clerk of court and the parties are directed to use the above-referenced style for all future pleadings in this action.

SIGNED this __23rd__ day of September, 2013.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE