IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>SCC KYLE PARTNERS, LTD.,<br>    Debtor.<br><br>WHITNEY BANK, SUCCESSOR BY MERGER TO WHITNEY NATIONAL BANK, INDIVIDUALLY AND AS AGENT FOR CERTAIN PRE-PETITION LENDERS,<br>    Appellant,<br><br>v.<br><br>SCC KYLE PARTNERS, LTD.,<br>    Appellee | CIVIL ACTION NO. A:13-CV-756-LY |

## APPELLEE'S MOTION TO SUPPLEMENT RECORD ON APPEAL

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

SCC Kyle Partners, Ltd. ("Appellee" or "SCC"), Appellee, files this Motion to Supplement Record on Appeal, as follows:

1. Some of the issues in this appeal relate to Appellant's Objection to the Claim of Seton Family of Hospitals ("Seton"). As set more fully in the Briefs filed by the parties, Appellant filed an objection to Seaton's Proof of Claim after the conclusion of the confirmation hearing.

2. On August 29, 2013, the Bankruptcy Court held a hearing on that Objection. On October 25, 2013, the Court entered its Order denying Appellant's Objection. A copy of the Order is attached as Exhibit "A" to this motion.

8121-7\00266057.000

3. Appellee requests leave to supplement the record on appeal to include this Order.

> Respectfully submitted,
>
> HOHMANN, TAUBE & SUMMERS, L.L.P.
>
> By: /s/ Mark C. Taylor
>     Eric J. Taube
>     State Bar No. 19679350
>     Mark C. Taylor
>     State Bar No. 19713225
>     100 Congress Avenue, 18th Floor
>     Austin, Texas 78701
>     (512) 472-5997
>     (512) 472-5248 (FAX)
>
> ATTORNEYS FOR APPELLEE

## CERTIFICATE OF CONFERENCE

On October 29, 2013, counsel for Appellee conferred with counsel for Appellant concerning this motion. Counsel for Appellant does not oppose the requested relief.

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served by ECF delivery on the persons listed below, and all others receiving ECF notice, on October 29, 2013:

James G. Ruiz
Winstead PC
401 Congress Ave., Suite 2100
Austin, Texas 78701

> /s/ Mark C. Taylor
> Mark C. Taylor

8121-7\00266057.000