# EXHIBIT A



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 25, 2013.**

*H Mott*

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  12-11978-HCM |
| SCC KYLE PARTNERS, LTD., | § | |
| | § | |
| Debtor. | § | (Chapter 11) |

### ORDER DENYING WHITNEY BANK'S
### OBJECTION TO CLAIM OF SETON FAMILY OF HOSPITALS

On August 29, 2013, the Court conducted a hearing on the Objection to Claim of Seton Family of Hospitals (dkt# 106) ("Objection") filed by Whitney Bank.  The Objection was filed to the Proof of Claim, as amended, of Seton Family of Hospitals d/b/a Seton Medical Center Hays in the amount of $500,000 (claims dkt# 4-1, 4-2) ("Seton Proof of Claim") against SCC Kyle Partners, Ltd. ("Debtor").  At the conclusion of the hearing, the Court took its ruling with respect to the Objection under advisement.

For the reasons set forth in the Court's oral ruling on the record in open court on October 25, 2013, under Rules 7052 and 9014(c) of the Federal Rules of Bankruptcy

Procedure, the Court finds that the Objection should be denied, the Seton Proof of Claim should be allowed in the amount of $500,000 as of the date of the filing of the Debtor's bankruptcy petition under 11 U.S.C. §502(b) as an unsecured claim against the Debtor, and the following Order should be entered.

**THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1.   The Objection to Claim of Seton Family of Hospitals (dkt# 106) filed by Whitney Bank is denied; and

2.   The Seton Proof of Claim is allowed as an unsecured claim in the amount of $500,000 against the Debtor.

# # #