I IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| SCC KYLE PARTNERS, LTD., <br>     Debtor. | § § § § § | CIVIL ACTION NO. A:13-CV-756-LY |
| WHITNEY BANK, SUCCESSOR BY MERGER TO WHITNEY NATIONAL BANK, INDIVIDUALLY AND AS AGENT FOR CERTAIN PRE-PETITION LENDERS, <br>     Appellant, | § § § § § § § | |
| v. | § § | |
| SCC KYLE PARTNERS, LTD., <br>     Appellee | § § | |

## ORDER GRANTING APPELLEE'S MOTION TO SUPPLEMENT RECORD ON APPEAL

CAME ON FOR CONSIDERATION Appellee's Motion to Supplement Record on Appeal (the "Motion"). After considering the Motion, the Court is of the opinion it should be GRANTED.

SIGNED this _____ day of _____, 2013.

_____
LEE YEAKEL,
UNITED STATES DISTRICT COURT JUDGE

8121-7\00266058.000