IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>SCC KYLE PARTNERS, LTD.,<br>    Debtor.<br><br>WHITNEY BANK, SUCCESSOR BY MERGER TO WHITNEY NATIONAL BANK, INDIVIDUALLY AND AS AGENT FOR CERTAIN PRE-PETITION LENDERS,<br>    Appellant,<br><br>v.<br><br>SCC KYLE PARTNERS, LTD.,<br>    Appellee | CIVIL ACTION NO. A:13-CV-756-LY |

## APPELLEES' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

TO THE HONORABLE LEE YEAKEL, UNITED STATES DISTRICT JUDGE:

SCC Kyle Partners, Ltd., Appellee, files this Unopposed Motion to Extend Briefing Deadline, as follows:

1. Appellees' Brief[1] is currently due on April 4, 2014. Due to a scheduling conflict, Appellee has requested that Appellant agree to extend the briefing deadline until Monday, April 7, 2014.

2. Appellant has agreed to the extension.

3. Accordingly, Appellees request that the Court extend the deadline to file their Brief until April 7, 2014.

---

[1] Appellee Seton Family of Hospitals joins in the requested relief.

8121-7\00307683.000

WHEREFORE, based on the foregoing, Appellees request the Court extend the deadline to file their Brief until April 7, 2014.

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.

By: */s/ Mark C. Taylor*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)

ATTORNEYS FOR
SCC KYLE PARTNERS, LTD.

## CERTIFICATE OF CONFERENCE

Counsel for Appellant has agreed to the relief requested.

*/s/ Mark C. Taylor*
Mark C. Taylor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing was served by ECF delivery on the persons listed below, and all others receiving ECF notice, on April 4, 2014:

James G. Ruiz
Winstead PC
401 Congress Ave., Suite 2100
Austin, Texas 78701

*/s/ Mark C. Taylor*
Mark C. Taylor

8121-7\00307683.000