I IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>SCC KYLE PARTNERS, LTD.,<br>    Debtor.<br><br><br>WHITNEY BANK, SUCCESSOR BY MERGER TO WHITNEY NATIONAL BANK, INDIVIDUALLY AND AS AGENT FOR CERTAIN PRE-PETITION LENDERS,<br>    Appellant,<br><br>v.<br><br>SCC KYLE PARTNERS, LTD.,<br>    Appellee | § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. A:13-CV-756-LY |

## ORDER GRANTING APPELLEES' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE

CAME ON FOR CONSIDERATION Appellees' Unopposed Motion to Extend Briefing Deadline (the "Motion"). After considering the Motion, the Court is of the opinion it should be GRANTED. It is therefore,

ORDERED that Appellees' deadline to file their Brief is extended to Monday, April 7, 2014.

SIGNED this _____ day of _____, 2014.

_____
LEE YEAKEL,
UNITED STATES DISTRICT COURT JUDGE

8121-7\00307684.000