IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § <br> § <br> SCC KYLE PARTNERS, LTD., § <br>     Debtor. § <br> § <br> § <br> §     CIVIL ACTION NO. A:13-CV-756-LY <br> WHITNEY BANK, SUCCESSOR BY § <br> MERGER TO WHITNEY NATIONAL § <br> BANK, INDIVIDUALLY AND AS § <br> AGENT FOR CERTAIN PRE-PETITION § <br> LENDERS, § <br>     Appellant, § <br> § <br> v. § <br> § <br> SCC KYLE PARTNERS, LTD., § <br>     Appellee § | |

## AMENDED CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 4, 2014, I served a copy of *Appellees' Unopposed Motion to Extend Briefing Deadline* [Dkt. 18] attached hereto as Exhibit "A", upon those parties listed below, and in the manner indicated.

James G. Ruiz
Winstead PC
401 Congress Ave., Suite 2100
Austin, Texas 78701
*(via email)*

Ida A. Murguia
Seton Family of Hospitals
1345 Philomena Street, Suite 410.2
Austin, Texas 78723
*(via facsimile 512/380-7516)*

8121-7\00307683.000

Respectfully submitted,

HOHMANN, TAUBE & SUMMERS, L.L.P.


By: */s/ Mark C. Taylor*
    Eric J. Taube
    State Bar No. 19679350
    Mark C. Taylor
    State Bar No. 19713225
    100 Congress Avenue, 18th Floor
    Austin, Texas 78701
    (512) 472-5997
    (512) 472-5248 (FAX)

ATTORNEYS FOR
SCC KYLE PARTNERS, LTD.