FILED
2014 APR -4  PM 1:38
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                   DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| SCC KYLE PARTNERS, LTD., § | |
| Debtor. § | |
| § | |
| § | CIVIL ACTION NO. A:13-CV-756-LY |
| WHITNEY BANK, SUCCESSOR BY § | |
| MERGER TO WHITNEY NATIONAL § | |
| BANK, INDIVIDUALLY AND AS § | |
| AGENT FOR CERTAIN PRE-PETITION § | |
| LENDERS, § | |
| Appellant, § | |
| § | |
| v. § | |
| § | |
| SCC KYLE PARTNERS, LTD., § | |
| Appellee § | |

**ORDER GRANTING APPELLEES' UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINE**

CAME ON FOR CONSIDERATION Appellees' Unopposed Motion to Extend Briefing Deadline (the "Motion"). After considering the Motion, the Court is of the opinion it should be GRANTED. It is therefore,

ORDERED that Appellees' deadline to file their Brief is extended to Monday, April 7, 2014.

SIGNED this 4th day of April, 2014.

_____
LEE YEAKEL,
UNITED STATES DISTRICT COURT JUDGE

8121-7\00307684.000